UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>Frost, Daniel Scott<br><br>         Defendant. | Case No.: SACR 07-127<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   ⊠  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___failure to cooperate w/ PSA; unknown bail resources; nature of allegations; apparent ongoing substance abuse problem; history of non compliance w/ supervision conditions___

1
2
3   and/or
4  B.   ☒ The defendant has not met his/her burden of establishing by clear and
5   convincing evidence that he/she is not likely to pose a danger to the safety of any
6   other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7   finding is based on _extensive criminal history record incl_
8   _prior convs for narcotics offenses_
9   _and offenses committed while under_
10  _supervision_
11
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __11/20/08__
17                                              ROBERT N. BLOCK
                                                UNITED STATES MAGISTRATE JUDGE